AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Mike Huckabee, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-09152 |
| Meta Platforms, Inc., et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs and all others similarly situated.

Date: 10/20/2023

*Attorney's signature*

Adam J. Levitt and AL0205
*Printed name and bar number*

DiCello Levitt LLP
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
*Address*

alevitt@dicellolevitt.com
*E-mail address*

(312) 214-7900
*Telephone number*

(312) 253-1443
*FAX number*