UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>      Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>      Defendants. | Case No. 1:23-cv-09152-LGS<br><br>**Motion to Appear *Pro Hac Vice*** |

## MOTION TO APPEAR *PRO HAC VICE*

  Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Lisa M. Geary hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for the Plaintiffs and the Proposed Class in the above-captioned action.

  I am an active member in good standing of the bars of the State of Arkansas and the State of New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 23, 2023

Respectfully submitted,

<u>*/s/ Lisa M. Geary*</u>

Lisa M. Geary
**RMP, LLP**
5519 Hackett Street, Suite 300
Springdale, Arkansas 72762
Tel: (479) 443-2705
lgeary@rmp.law

*Counsel for Plaintiffs and
the Proposed Class*