# EXHIBIT A

*Supreme Court*

# State of Arkansas
Little Rock

## CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Kyle E. Burton, Clerk of the Supreme Court of Arkansas, do hereby certify that Lisa M. Geary was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on June 29, 2020 and that no disbarment proceedings nor adverse disciplinary actions have been filed against this attorney in this court during the past three year period.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this the 18th day of October, 2023.

KYLE E. BURTON
(CLERK)

By _Michelle Weise_
Deputy Clerk

