UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>      Plaintiffs,<br><br>      v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>      Defendants. | Case No. 1:23-cv-09152-LGS<br><br>**Affidavit in Support of Motion to Appear** *Pro Hac Vice* |

## AFFIDAVIT OF SETH M. HAINES

I, Seth M. Haines, declare as follows:

1. I am an active member in good standing of the bars of the State of Arkansas, and there are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 23, 2023

_____
Seth M. Haines

SUBSCRIBED AND SWORN TO before me this ___23rd___ day of October, 2023, by Seth M. Haines.

_____
Notary Public

```
DAWN M. HUGHES
BENTON COUNTY
NOTARY PUBLIC -- ARKANSAS
My Commission Expires November 29, 2032
Commission No. 12721457
```