UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>Defendants. | Case No. 1:23-cv-09152-LGS<br><br>**Affidavit in Support of Motion to Appear *Pro Hac Vice*** |

## **AFFIDAVIT OF TIMOTHY C. HUTCHINSON**

I, Timothy C. Hutchinson, declare as follows:

1. I am an active member in good standing of the bars of the State of Arkansas and the State of Missouri, and there are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 25, 2023

                                             Timothy C. Hutchinson

SUBSCRIBED AND SWORN TO before me this

__25__ day of October, 2023, by Tim Hutchinson.

_Natalia Lutz_
Notary Public

[Notary Seal: NATALIA LUTZ, MY COMMISSION EXPIRES 05-07-2028, NOTARY PUBLIC, COMM. #12704215, WASHINGTON COUNTY-ARKANSAS]