# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenredier, Lysa Terkeurst and John Blase on behalf of themselves and all others similarly situated,

      Plaintiff,

-against-

Meta Platforms, Inc., Bloomberg L.P., Bloomberg Finance, L.P, Microsoft Corporation, and The Eleutherai Institute,

      Defendant.

23 Civ. 09152 ( LGS )

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __James A. Ulwick__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Mike Huckabee, Individually, et al.,__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Illinois__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 11/03/2023

Respectfully Submitted,

Applicant Signature: _/s/ James A. Ulwick_

Applicant's Name: James A. Ulwick

Firm Name: DiCello Levitt LLP

Address: Ten North Dearborn Street, Sixth Floor

City/State/Zip: Chicago, Illinois 60602

Telephone/Fax: Telephone:(312) 214-7900 Fax:(312) 253-1443

Email: julwick@dicellolevitt.com