## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated,*<br><br>*Plaintiffs*<br><br>v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br>*Defendants.* | Case No. 1:23-cv-09152<br>Hon. Judge Lorna G. Schofield<br><br>**AFFIDAVIT OF JAMES A. ULWICK IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, **JAMES A. ULWICK**, make this affidavit in support of the motion for my admission pro hac vice as counsel for **Plaintiffs Mike Huckabee, Individually, et al.,** in the above-captioned matter pursuant to Local Rule 1.3.

1. I am an associate with the firm DiCello Levitt LLP.
2. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Illinois.
3. I have never been convicted of a felony.
4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.
5. There are no disciplinary proceedings presently against me in any State or Federal Court.

I certify and attest that the foregoing statements made by me are true and correct.

Dated: 11/3/23

James A. Ulwick
**DiCELLO LEVITT LLP**
Ten North Dearborn Street,
Sixth Floor
Chicago, Illinois 60602
Tel. 312-214-7900
julwick@dicellolevitt.com

SUBSCRIBED AND SWORN TO

before me this 3rd day

of November, 2023

_Hilda R Johnson Vickers_

NOTARY PUBLIC

Official Seal
HILDA R JOHNSON VICKERS
Notary Public, State of Illinois
Commission No. 826980
My Commission Expires October 6, 2027