**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Mike Huckabee, Relevate Group, David
Kinnaman, Tsh Oxenreider, Lysa
Terkeurst, and John Blase on behalf of     Plaintiff,
themselves and all others similarly
situated                  -against-

Meta Platforms, Inc., Bloomberg L.P.,
Bloomberg Finance, l. P, Microsoft
Corporation, and The Eleutherai
Institute,                  Defendant.

____23__ cv __09152___ ( LGS )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The  motion of _____James A. Ulwick_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant  has declared that he/she is a member  in good standing of the bar(s) of the state(s) of

_____Illinois_____; and that his/her contact information is as follows

(please print):

Applicant's Name: ___James A. Ulwick_____

Firm Name: __DiCello Levitt LLP_____

Address: _Ten North Dearborn Street, Sixth Floor_____

City / State / Zip: _Chicago, Illinois 60602_____

Telephone / Fax: Telephone:(312) 214-7900 Fax:(312) 253-1443_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____Mike Huckabee, Individually, et al.,_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____          _____

United States District / Magistrate Judge