**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenredier, Lysa Terkeurst, and John Blase on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>Meta Platforms, Inc., Bloomberg L.P., Bloomberg Finance, L.P, Microsoft Corporation, and The Eleutherai Institute,<br>　　　　　　　　　Defendant. | 23　Civ.　09152　(LGS)<br><br>**MOTION FOR ADMISSION**<br><br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, ____Amy E. Keller____ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

__Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenredier, Lysa Terkeurst, and John Blase__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of ____Illinois and Michigan____ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 11/13/2023

Respectfully Submitted,

/s/ Amy E. Keller

Applicant Signature: _____

Applicant's Name: Amy E. Keller

Firm Name: DiCello Levitt LLP

Address: Ten North Dearborn Street, Sixth Floor

City/State/Zip: Chicago, Illinois 60602

Telephone/Fax: Telephone:(312) 214-7900 Fax:(312) 253-1443

Email: akeller@dicellolevitt.com