**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated,*<br><br>*Plaintiffs*<br><br>v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br>*Defendants.* | Case No. 1:23-cv-09152<br>Hon. Judge Lorna G. Schofield<br><br>**AFFIDAVIT OF AMY E. KELLER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, **AMY E. KELLER**, make this affidavit in support of the motion for my admission pro hac vice as counsel for **Plaintiffs Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenreider, Lysa Terkeurst and John Blase** in the above-captioned matter pursuant to Local Rule 1.3.

1. I am a partner with the firm DiCello Levitt LLP.

2. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Illinois and the State of Michigan.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me in any State or Federal Court.

I certify and attest that the foregoing statements made by me are true and correct.

Dated: _____           _____

                                                    Amy E. Keller
                                                    **DiCELLO LEVITT LLP**
                                                    Ten North Dearborn Street, Sixth Floor
                                                    Chicago, Illinois 60602
                                                    Tel. 312-214-7900
                                                    akeller@dicellolevitt.com

SUBSCRIBED AND SWORN TO

before me this _____ day

of _____, _____

_____

      NOTARY PUBLIC