AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Mike Huckabee et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-cv-09152 |
| Meta Platforms, Inc. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Bloomberg L.P. and Bloomberg Finance, L.P.                                                                .

Date:      11/21/2023

/s/ Nicole M. Jantzi

*Attorney's signature*

Nicole M. Jantzi (4095451)

*Printed name and bar number*

Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th St. NW
Washington, DC 20006

*Address*

Nicole.Jantzi@friedfrank.com

*E-mail address*

(202) 639-7265

*Telephone number*

(202) 639-7003

*FAX number*