AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Mike Huckabee et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-09152 |
| Meta Platforms, Inc. et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Bloomberg L.P. and Bloomberg Finance, L.P.

Date: 11/27/2023

/s/ Amir R. Ghavi
*Attorney's signature*

Amir R. Ghavi (4495537)
*Printed name and bar number*
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

*Address*

Amir.Ghavi@friedfrank.com
*E-mail address*

(212) 859-8552
*Telephone number*

(212) 859-4000
*FAX number*