UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>Defendants. | Case No. 1:23-cv-09152-LGS<br><br>**CORPORATE DISCLOSURE STATEMENT OF BLOOMBERG L.P. AND BLOOMBERG FINANCE L.P. PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Bloomberg L.P. and Bloomberg Finance L.P., by and through their attorneys, Fried, Frank, Harris, Shriver & Jacobson LLP, state that both Bloomberg L.P. and Bloomberg Finance L.P. are limited partnerships; that Bloomberg Inc. is the general partner of Bloomberg L.P.; that Bloomberg (GP) Finance LLC is the general partner of Bloomberg Finance L.P.; and that no publicly-held corporation owns ten percent or more of either entity's limited partnership interests.

DATED:  November 30, 2023          Respectfully submitted,

                                          FRIED, FRANK, HARRIS, SHRIVER
                                                & JACOBSON LLP

                                        By:  */s/ Nicole M. Jantzi*
                                               Nicole M. Jantzi
                                               (nicole.jantzi@friedfrank.com)
                                               Paul M. Schoenhard (*Pro Hac Vice* application forthcoming)
                                               (paul.schoenhard@friedfrank.com)

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7265

Amir R. Ghavi
(amir.ghavi@friedfrank.com)
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000

*Attorneys for Defendants Bloomberg L.P.
and Bloomberg Finance L.P.*