UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIKE HUCKABEE, RELEVATE GROUP,
DAVID KINNAMAN, TSH OXENREIDER,
LYSA TERKEURST, and JOHN BLASE
on behalf of themselves and all others
similarly situated,

        Plaintiffs,

- against -

META PLATFORMS, INC., BLOOMBERG
L.P., BLOOMBERG FINANCE, L.P.,
MICROSOFT CORPORATION, and
THE ELEUTHERAI INSTITUTE,

        Defendants.

Case NO. 23-cv-09152

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

PLEASE TAKE NOTICE that upon the attached declaration of movant in support of this motion and the Certificates of Good Standing attached thereto, I, Paul M. Schoenhard, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rule III.C.1 of this Court's Individual Rules and Procedures for Civil Cases for an order allowing the admission of movant, a member of the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP and a member in good standing of the bars of the States of Virginia and Washington and the District of Columbia, as attorney *pro hac vice*, to appear and advocate as counsel for defendants Bloomberg L.P. and Bloomberg Finance, L.P. in the above-captioned matter.  There are no pending disciplinary proceedings against me in any state or federal court.  Counsel for Plaintiffs does not oppose this motion.

Dated: November 30, 2023
Washington, DC

                      FRIED, FRANK, HARRIS, SHRIVER
                        & JACOBSON LLP

By: */s/ Paul M. Schoenhard*
Paul M. Schoenhard

801 17th Street, NW
Washington, DC 20006
(202) 639-7000
paul.schoenhard@friedfrank.com

*Attorneys for Defendants Bloomberg L.P. and Bloomberg Finance, L.P.*