UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIKE HUCKABEE, RELEVATE GROUP,
DAVID KINNAMAN, TSH OXENREIDER,
LYSA TERKEURST, and JOHN BLASE
on behalf of themselves and all others
similarly situated,

                                    Plaintiff,

                - against -

META PLATFORMS, INC., BLOOMBERG
L.P., BLOOMBERG FINANCE, L.P.,
MICROSOFT CORPORATION, and
THE ELEUTHERAI INSTITUTE,

                                    Defendants.

Case No. 23-cv-09152

**DECLARATION IN
SUPPORT OF MOTION TO
ADMIT COUNSEL
PRO HAC VICE**

         PAUL M. SCHOENHARD declares under penalty of perjury pursuant to
28 U.S.C. §1746 as follows:

         1.      I am a member of the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP.

         2.      I submit this declaration in support of my motion for admission to practice *pro
hac vice* in the above-captioned matter.

         3.      As shown in the Certificates of Good Standing attached hereto, I am a member in
good standing of the bars of the States of Virginia and Washington and the District of Columbia.

         4.      There are no pending disciplinary proceedings against me in any state or federal
court.

         5.      I have never been convicted of a felony.

         6.      I have never been censured, suspended, disbarred or denied admission or
readmission by any court.

Wherefore, your declarant respectfully requests that he be admitted as attorney *pro hac vice* to appear and advocate as counsel for defendants Bloomberg L.P and Bloomberg Finance, L.P. in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 29, 2023 in Washington, DC.

PAUL M. SCHOENHARD
paul.schoenhard@friedfrank.com

District of Columbia
Signed and sworn to (or affirmed) before me
on ___29th___ by _Paul M. Schoenhard_
   Date      Name(s) of Individual(s) making Statement
_Tanya Cooper_
Signature of Notarial Officer
_Notary Public_
Title of Office
My commission expires: ___Oct. 14, 2028___

TANYA D. COOPER
NOTARY PUBLIC
MY COMMISSION EXPIRES
10/14/2028
DISTRICT OF COLUMBIA