# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Paul Michael Schoenhard

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2003.

I further certify that so far as the records of this office are concerned, Paul Michael Schoenhard is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 28th day of November
A.D. 2023

By: *[signature]*
Deputy Clerk