## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>       Defendants. | Case No. 1:23-cv-9152-LGS |

## NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for Southern and Eastern Districts of New York, Annette L. Hurst hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Microsoft Corporation in the above-captioned action.

I am a member in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: November 30, 2023    By: */s/ Annette L. Hurst*
                  Annette L. Hurst
                  ORRICK, HERRINGTON & SUTCLIFFE LLP
                  The Orrick Building, 405 Howard Street
                  San Francisco, CA  94105-2669
                  Telephone (415) 773-5700 – Email: ahurst@orrick.com

                  *Attorneys for Defendant, Microsoft Corporation*