UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>Defendants. | Case No. 1:23-cv-9152-LGS |

## AFFIDAVIT OF ANNETTE L. HURST IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

COUNTY OF SAN FRANCISCO)
                                   ):ss
STATE OF CALIFORNIA      )

Annette L. Hurst, being duly sworn, deposes and says as follows:

1. I am a Partner with the law firm of Orrick, Herrington & Sutcliffe LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned action.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore I, Annette L. Hurst, respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this action for Defendant Microsoft Corporation.

_____
Annette L. Hurst

Sworn to before me
this 30th day of November, 2023

_____
Notary Public

CHRISTINE J. FLORES
Notary Public - California
San Francisco County
Commission # 2451678
My Comm. Expires Jun 25, 2027