AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Mike Huckabee, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-9152-LGS |
| Meta Platforms, Inc., et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Microsoft Corporation.

Date:     11/30/2023

/s/ Christopher J. Cariello
*Attorney's signature*

Christopher J. Cariello (NY 5176821)
*Printed name and bar number*

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
*Address*

ccariello@orrick.com
*E-mail address*

(212) 506-3778
*Telephone number*

(212) 506-5151
*FAX number*