AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Mike Huckabee, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-9152-LGS |
| Meta Platforms, Inc., et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Microsoft Corporation.

Date: 11/30/2023

/s/ Marc R. Shapiro
*Attorney's signature*

Marc R. Shapiro (NY 4403606)
*Printed name and bar number*

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
*Address*

mrshapiro@orrick.com
*E-mail address*

(212) 506-3546
*Telephone number*

(212) 506-5151
*FAX number*