AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Mike Huckabee et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-09152 |
| Meta Platforms, Inc. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The EleutherAI Institute.

Date: 11/30/2023

/s/ Aaron Williamson
*Attorney's signature*

Aaron Williamson (AW1337)
*Printed name and bar number*

Williamson Legal PLLC
1421 18th Ave. N
St. Petersburg, FL 33704
*Address*

aaron@williamson.legal
*E-mail address*

(773) 727-8363
*Telephone number*

(727) 610-6265
*FAX number*