UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>Defendants. | Case No. 1:23-cv-09152-LGS<br><br>**CORPORATE DISCLOSURE STATEMENT OF THE ELEUTHERAI INSTITUTE PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The EleutherAI Institute, by and through its attorneys, Williamson Legal PLLC, states that it is a Delaware nonprofit corporation with no corporate parent, and that as a nonstock corporation, no publicly-held corporation owns any interest in the corporation.

DATED: November 30, 2023

Respectfully submitted,

WILLIAMSON LEGAL PLLC

By: */s/ Aaron Williamson*

Aaron Williamson (aaron@williamson.legal)
WILLIAMSON LEGAL PLLC
1421 18th Ave N
St. Petersburg, FL 33704
Telephone: (773) 727-8363

*Attorney for Defendant EleutherAI Institute*