UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASÉ *on behalf of themselves and all others similarly situated,*<br><br>                    Plaintiffs,<br><br>            v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>                    Defendants. | Civil Action No: 1:23-cv-09152-LGS<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please take notice that **JEFFREY S. JACOBSON**, a partner at the firm Faegre Drinker Biddle & Reath LLP and a member of the bar of the United States District Court for the Southern District of New York, hereby appears as counsel for Defendant Microsoft Corporation and requests that all future correspondence and papers in connection with this action be served upon him at the address indicated below.

Dated:  New York, New York
            December 1, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

By:    */s/ Jeffrey S. Jacobson*
            Jeffrey S. Jacobson

1177 Avenue of the Americas
41st Floor
New York, New York  10036
(212) 248-3140
Jeffrey.Jacobson@faegredrinker.com

*Attorneys for Microsoft Corporation*