UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>-against-<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and ELEUTHERAI INSTITUTE,<br><br>Defendants. | Civil No. 1:23-Civ-09152-LGS<br><br>Hon. Lorna G. Schofield |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that David H. Herrington of Cleary Gottlieb Steen & Hamilton LLP appears as counsel for Meta Platforms, Inc. in the above-captioned action and respectfully requests that all electronically filed documents in this action be transmitted by e-mail to the address below:

David H. Herrington
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000
(212) 225-3999 (fax)
dherrington@cgsh.com

Dated: December 4, 2023
New York, New York

Respectfully submitted,

*/s/ David H. Herrington*
David H. Herrington

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
T: (212) 225-2000
F: (212) 225-3999

*Counsel for Defendant Meta Platforms, Inc.*