UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and ELEUTHERAI INSTITUTE, <br><br> Defendants. | Case No. 1:23-cv-09152-LGS <br><br> Hon. Lorna G. Schofield |

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Bobby A. Ghajar, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Bobby A. Ghajar
Cooley LLP
1333 2nd Street, Suite 400
Santa Monica, California, 90401
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Meta Platforms, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

-1-

-2-

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                                  United States District Judge
                                                  Hon. Lorna G. Schofield