UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>-against-<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and ELEUTHERAI INSTITUTE,<br><br>Defendants. | Civil No. 1:23-Civ-09152-LGS<br><br>Hon. Lorna G. Schofield |

**AFFIDAVIT OF ANGELA L. DUNNING
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, ANGELA L. DUNNING, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm Cleary Gottlieb Steen & Hamilton LLP, located at 1841 Page Mill Road, Suite 250, Palo Alto, California 94304.

2. I respectfully submit this affidavit in support of my motion for admission to practice Pro Hac Vice in the above-captioned action.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. As shown in the attached Certificate of Good Standing issued by the Supreme Court of California, I am a member in good standing of the bar of California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 30, 2023
      Palo Alto, California

                                      Respectfully submitted,

                                      Angela L. Dunning

SUBSCRIBED AND SWORN TO before me on this the 30th day of November, 2023.

                                        NOTARY PUBLIC

TRACY REED WILLIAMS
Notary Public - California
Alameda County
Commission # 2362634
My Comm. Expires Jun 27, 2025