UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>                          Plaintiffs,<br><br>              -against-<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and ELEUTHERAI INSTITUTE,<br><br>                          Defendants. | Civil No. 1:23-Civ-09152-LGS<br><br>Hon. Lorna G. Schofield |

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The motion of Angela L. Dunning, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

>   Angela L. Dunning
>   Cleary Gottlieb Steen & Hamilton LLP
>   1841 Page Mill Road, Suite 250
>   Palo Alto, California, 94304
>   Telephone / Fax:  (650) 815-4100 / (650) 815-4199

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Meta Platforms, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District Judge

Hon. Lorna G. Schofield