UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>                    Plaintiffs,<br><br>          -against-<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and ELEUTHERAI INSTITUTE,<br><br>                    Defendants. | Civil No. 1:23-Civ-09152-LGS<br><br>Hon. Lorna G. Schofield |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Ye Eun Charlotte Chun of Cleary Gottlieb Steen & Hamilton LLP appears as counsel for Meta Platforms, Inc. in the above-captioned action and respectfully requests that all electronically filed documents in this action be transmitted by e-mail to the address below:

Ye Eun Charlotte Chun
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Rd., Suite 250
Palo Alto, CA 94304
T: 650-815-4100
F: 650-815-4199
chchun@cgsh.com

Dated: December 4, 2023
Palo Alto, California

Respectfully submitted,

*/s/ Ye Eun Charlotte Chun*
Ye Eun Charlotte Chun

CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Rd., Suite 250
Palo Alto, CA 94304
T: 650-815-4100
F: 650-815-4199

*Counsel for Defendant Meta Platforms, Inc.*