UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>                            Plaintiffs,<br><br>-against-<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and ELEUTHERAI INSTITUTE,<br><br>                            Defendants. | Civil No. 1:23-Civ-09152-LGS<br><br>Hon. Lorna G. Schofield |

**FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Meta Platforms, Inc. submits the following corporate disclosure statement: Meta Platforms, Inc. has no parent corporation, and to its knowledge, no publicly held corporation owns 10% or more of its stock as of March 31, 2023, the date set forth in its 2023 Proxy Statement.

[*Signature on following page*]

Dated: New York, New York
December 4, 2023

                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                    */s/ David H. Herrington*
                    David H. Herrington
                    One Liberty Plaza
                    New York, New York 10006
                    T: 212-225-2000
                    F: 212-225-3999
                    dherrington@cgsh.com

                    Angela L. Dunning (*pro hac vice pending*)
                    1841 Page Mill Rd., Suite 250
                    Palo Alto, CA 94304
                    T: 650-815-4100
                    F: 650-815-4199
                    adunning@cgsh.com

                    COOLEY LLP

                    Bobby A. Ghajar (*pro hac vice pending*)
                    1333 2nd St.*,* Suite 400
                    Santa Monica, CA 90401
                    T: 310-883-6400
                    F: 310-883-6500
                    bghajar@cooley.com

                    *Attorneys for Meta Platforms, Inc.*