UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASÉ *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>Defendants. | Civil Action No.: 1:23-cv-09152-LGS<br><br>**AFFIDAVIT OF JARED B. BRIANT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

STATE OF COLORADO     )
                      ) ss:
COUNTY OF DENVER      )

Jared B. Briant, of full age, being duly sworn, hereby deposes and says as follows:

1. I am a Partner with the law firm of Faegre Drinker Biddle & Reath LLP, attorneys for defendant Pro-Hitter Corporation in the above-captioned action.

2. I am admitted to practice in the highest court of the State of Colorado. I am a member in good standing of the highest court of the State of Colorado. Annexed hereto as Exhibit A is a Certificate of Good Standing from the Supreme Court of Colorado, dated December 14, 2023.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

_____
Jared B. Briant

Sworn and subscribed to before
me this 14th day of December, 2023

_____
Notary Public

COLLEEN RICHARDS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104028752
MY COMMISSION EXPIRES AUGUST 4, 2026

2