# EXHIBIT A



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO,** ss:

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**JARED B. BRIANT**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**25**__$^{th}$ day of __**October**__ A.D. __**2004**__ and that at the date hereof the said __**JARED B. BRIANT**__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**14**__$^{th}$ day of __**December**__ A.D. __**2023**__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk