UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASÉ *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>Defendants. | Civil Action No.: 1:23-cv-09152-LGS<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Jared B. Briant for admission to practice *Pro Hac Vice* in the above-

captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of

Colorado; and that his contact information is as follows:

Jared B. Briant
Faegre, Drinker, Biddle & Reath LLP
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone (303) 607-3588
jared.briant@faegredrinker.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for Microsoft Corporation, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* as

counsel in the above-captioned case in the United States District Court for the Southern District

2

of New York. All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys.


Dated: _____                          _____
                                                                    United States District Judge

                                                                    Hon. Lorna G. Schofield