

faegredrinker.com

**Jeffrey S. Jacobson**
Partner
jeffrey.jacobson@faegredrinker.com
+1 212 248 3191 direct

**Faegre Drinker Biddle & Reath** LLP
1177 Avenue of the Americas, 41st Floor
New York, New York  10036
+1 212 248 3140 main
+1 212 248 3141 fax

December 15, 2023

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
for the Southern District of New York
40 Foley Square, Room 1106
New York, NY 10007

Re:   *Huckabee et al. v. Meta Platforms, Inc., et al.*, No. 1:23 Civ. 09152 (LGS)

Dear Judge Schofield:

We write on behalf of Defendant Microsoft Corporation ("Microsoft") pursuant to the Court's December 6, 2023 Order (Dkt. 53).

As set forth in Plaintiffs' letter to the Court (Dkt. 57), Plaintiffs have agreed to sever and transfer their claims against Meta and Microsoft to the Northern District of California.  Microsoft will work with Plaintiffs to craft a finalized stipulation regarding the transfer, and will be available to the Court should the Court have any further questions.

Respectfully,

*/s/ Jeffrey S. Jacobson*

Jeffrey S. Jacobson


 cc:  Counsel of Record