UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> - against - <br><br> META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE, <br><br> Defendants. | Case No. 23-cv-09152-LGS <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY** |

**WHEREAS,** on October 17, 2023, Plaintiffs Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenreider, Lysa Terkeurst and John Blase ("Plaintiffs") filed a complaint against Defendants Meta Platforms, Bloomberg L.P., Bloomberg Finance L.P., Microsoft Corporation, and the EleutherAI Institute ("Defendants") in *Huckabee v. Meta, et. al*, No. 23-cv-09152-LGS (S.D.N.Y.) (the "Action"); and

**WHEREAS,** on November 2, 2023, Plaintiffs served their Complaint on Bloomberg L.P. and Bloomberg Finance L.P. (together, "Bloomberg"); and

**WHEREAS**, on November 21, 2023, Plaintiffs filed a letter, with the consent of all Defendants, requesting an extension of Defendants' deadlines to respond to Plaintiff's Complaint (Dkt. No. 34); and

**WHEREAS**, on November 22, 2023, the Court granted Defendants additional time to respond to Plaintiffs' Complaint (Dkt. No. 36); and

**WHEREAS,** pursuant Rules III.A.1 and III.C.2 of the Court's Individual Rules and Practices, on December 15th, 2023, Bloomberg filed a pre-motion letter regarding its anticipated motion to dismiss (Dkt. No. 54) and also filed a pre-motion letter requesting leave to file a motion to stay discovery pending resolution of Bloomberg's forthcoming motion to dismiss (Dkt. No. 55); and

**WHEREAS,** on December 15, 2023, Plaintiffs filed a letter responding to Bloomberg's pre-motion letter relating to its request to stay discovery and informing the Court they "do not oppose [Bloomberg's] request to stay discovery" (Dkt. No. 57); and

**WHEREAS,** on December 18, 2023, the Court directed the parties to submit proposed stipulations regarding the parties' agreed-upon relief no later than December 22, 2023 (Dkt. No. 61); and

**WHEREAS,** the parties, through their undersigned counsel, hereby stipulate and agree that, subject to the approval of the Court, all discovery in this matter shall be stayed pending the Court's resolution of Bloomberg's forthcoming motion to dismiss; and

**WHEREAS,** notwithstanding such stipulated stay of discovery, the parties will prepare and file a joint letter and Proposed Civil Case Management Plan and Scheduling Order as set forth in the Court's October 19, 2023 order (Dkt. No. 8) by January 10, 2024 and will appear for the initial case management conference that is currently scheduled for January 17, 2024, unless such obligations are relieved or otherwise modified by further order of the Court;

**NOW THEREFORE,** pursuant to the parties' stipulation, and good cause appearing to stay discovery pending resolution of Bloomberg's forthcoming motion to dismiss, discovery is hereby stayed.

**SO ORDERED.**

Dated: December ____, 2023

_____
Honorable Lorna G. Schofield
United States District Court Judge

Dated: December 22, 2023         By:    /s/ Nicole M. Jantzi

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

Nicole M. Jantzi
*nicole.jantzi@friedfrank.com*
Paul M. Schoenhard (*pro hac vice*)
*paul.schoenhard@friedfrank.com*
801 17th St NW
Washington, DC 20006
Telephone: (202) 639-7265

Amir Ghavi
*amir.ghavi@friedfrank.com*
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000

*Counsel for Defendants Bloomberg L.P. and Bloomberg Finance L.P.*

Dated: December 22, 2023          By:     /s/ Amy E. Keller (with permission)

**DICELLO LEVITT GUTZLER LLP**
Greg G. Gutzler
*ggutzler@dicellolevitt.com*
Adam J. Levitt (pro hac vice)
*alevitt@dicellolevitt.com*
Amy E. Keller (pro hac vice)
*akeller@dicellolevitt.com*
James A. Ulwick (pro hac vice)
*julwick@dicellolevitt.com*
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900

**RMP LLP**
Seth Haines (pro hac vice)
*shaines@rmp.law*
Timothy Hutchinson (pro hac vice)
*thutchinson@rmp.law*
Lisa Geary (pro hac vice)
*lgeary@rmp.law*
5519 Hackett St, Suite 300
Springdale, Arkansas 72762
Telephone: (479) 443-2705

**POYNTER LAW GROUP**
Scott Poynter (pro hac vice)
*scott@poynterlawgroup.com*
407 President Clinton Avenue, Suite 201
Little Rock, Arkansas 72201
Telephone: (501) 812-3943

*Counsel for Plaintiffs and the Proposed Class*