UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br><br>Defendants. | Case No. 1:23-cv-09152-LGS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SEVERING AND TRANSFERRING CLAIMS AGAINST DEFENDANTS META PLATFORMS, INC. AND MICROSOFT CORPORATION** |

This stipulation and proposed order (the "Stipulation") is made by and among Plaintiffs Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenreider, Lysa TerKeurst, and John Blase ("Plaintiffs") and Defendants Meta Platforms, Inc ("Meta") and Microsoft Corporation ("Microsoft") ("Stipulating Defendants"; together with Plaintiffs, the "Parties"), by and through their counsel, as follows:

**WHEREAS,** on October 17, 2023, Plaintiffs filed a Class Action Complaint ("Complaint"), ECF No. 1, naming, among others, the Stipulating Defendants as defendants;

**WHEREAS**, on December 15, 2023, pursuant to this Court's Order dated December 6, 2023 (Dkt. 52), the Stipulating Defendants submitted a letter to the Court asserting that venue is improper in this District under the First Filed Rule and 28 U.S.C. §1404(a) on the ground, among others, that the claims against the Stipulating Defendants in this action overlap with claims asserted against Meta in two cases previously filed in the Northern District of California: *Kadrey et al. v. Meta Platforms, Inc.*, Case No. 23-cv-03417-VC, filed July 7, 2023, and *Chabon et al. v. Meta*

*Platforms, Inc.*, No. 23-cv-04663-VC, filed September 12, 2023, now consolidated for all purposes before the Honorable Vince Chhabria.  (*See* Dkt. 58);

**WHEREAS,** that same day, Plaintiffs informed the Court that the Parties have agreed to resolve issues related to venue for Plaintiffs' claims against the Stipulating Defendants (Dkt. 57);

**WHEREAS**, by Order dated December 18, 2023, the Court instructed the Parties to prepare and file a stipulation memorializing their agreement by December 22, 2023 (Dkt. 61);

**NOW, THEREFORE,** in consideration of the foregoing, which are incorporated into this Stipulation, the Parties hereby stipulate and agree as follows:

1. The Parties consent and stipulate to severing all of Plaintiffs' claims against the Stipulating Defendants, and transferring those claims to the United States District Court for the Northern District of California, pursuant to the Court's authority under 28 U.S.C. §1404(a) and Rule 21 of the Federal Rules of Civil Procedure.

2. The relief stipulated to herein shall not affect Plaintiffs' claims against defendant The EleutherAI Institute (which Plaintiffs have agreed to dismiss without prejudice) or defendants Bloomberg L.P. and Bloomberg Finance, L.P. (as to whom Plaintiffs intend to continue to pursue their claims in this Court).

**IN WITNESS WHEREOF** and in agreement herewith, by and through their counsel, the Parties have executed and delivered this Stipulation as of the date first set forth below.

Date: December 22, 2023                                          Respectfully Submitted,

| | |
|---|---|
| By: */s/ Amy Keller* | By: */s/ Angela L. Dunning* |
| | Angela L. Dunning, *pro hac vice* |
| Adam J. Levitt | **CLEARY GOTTLIEB STEEN &** |
| Amy E. Keller, *pro hac vice* | **HAMILTON LLP** |
| James A. Ulwick, *pro hac vice* | 1841 Page Mill Rd., Suite 250 |
| **DICELLO LEVITT LLP** | Palo Alto, CA 94304 |
| Ten North Dearborn Street, Sixth Floor | Tel: 650-815-4100 |

| | |
|---|---|
| Chicago, Illinois 60602<br>Tel. (312) 214-7900<br>alevitt@dicellolevitt.com<br>akeller@dicellolevitt.com<br>julwick@dicellolevitt.com | adunning@cgsh.com<br><br>David H. Herrington<br>**CLEARY GOTTLIEB STEEN &**<br>**HAMILTON LLP**<br>One Liberty Plaza |
| Mr. Seth Haines, *pro hac vice*<br>Mr. Timothy Hutchinson, *pro hac vice*<br>Ms. Lisa Geary, *pro hac vice*<br>**RMP, LLP**<br>5519 Hackett Street, Suite 300<br>Springdale, Arkansas 72762<br>Tel: (479) 443-2705<br>shaines@rmp.law<br>thutchinson@rmp.law<br>lgeary@rmp.law | New York, NY 10006<br>Tel: 212-225-2000<br>dherrington@cgsh.com<br><br>Bobby A. Ghajar, *pro hac vice*<br>**COOLEY LLP**<br>1333 2nd St., Suite 400<br>Santa Monica, CA 90401<br>Tel: 310-883-6400<br>bghajar@cooley.com |
| Mr. Scott Poynter, *pro hac vice*<br>**POYNTER LAW GROUP**<br>407 President Clinton Avenue, Suite 201<br>Little Rock, Arkansas 72201<br>Tel: (501) 812-3943<br>scott@poynterlawgroup.com | *Attorneys for Meta Platforms, Inc.*<br><br>Annette Louise Hurst, *pro hac vice*<br>**ORRICK, HERRINGTON & SUTCLIFFE**<br>**LLP (SAN FRANCISCO)**<br>The Orrick Building<br>405 Howard Street |
| *Attorneys for the Plaintiffs and the Proposed Class* | San Francisco, CA 94105<br>Tel: (415) 773-4585<br>ahurst@orrick.com |
| | By: */s/ Jeffrey S. Jacobson*<br>Jeffrey S. Jacobson<br>**FAEGRE DRINKER BIDDLE & REATH**<br>**LLP**<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036<br>Tel: 212-248-3191<br>jeffrey.jacobson@faegredrinker.com |
| | *Attorneys for Microsoft Corporation* |

**SO ORDERED:**

Dated: _____

                                                  UNITED STATES DISTRICT JUDGE
                                                  HON. LORNA G. SCHOFIELD

**CERTIFICATE OF SERVICE**

I certify that on the 22nd day of December 2023, undersigned counsel electronically filed the foregoing stipulation.

                                                  */s/ Amy Keller*
                                                  Amy Keller
                                                  Counsel for the Plaintiffs