UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br>v.<br>META PLATFORMS, INC., BLOOMBERG L.P., BLOOMBERG FINANCE, L.P., MICROSOFT CORPORATION, and THE ELEUTHERAI INSTITUTE,<br>Defendants. | Case No. 1:23-cv-09152-LGS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THE ELEUTHERAI INSTITUTE** |

Comes now, through undersigned counsel, Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenreider, Lysa TerKeurst, and John Blase ("Plaintiffs"), and pursuant Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action, without prejudice, reserving the right to refile according to law, as against Defendant The EleutherAI Institute, only, each side to bear its own costs and fees. This dismissal is not based upon the merits.

Date: December 22, 2023

Respectfully Submitted,

By: */s/ Amy Keller*
Adam J. Levitt
Amy E. Keller, *pro hac vice*
James A. Ulwick, *pro hac vice*
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
julwick@dicellolevitt.com

Mr. Seth Haines
Mr. Timothy Hutchinson
Ms. Lisa Geary
**RMP, LLP**
5519 Hackett Street, Suite 300
Springdale, Arkansas 72762

Tel: (479) 443-2705
shaines@rmp.law
thutchinson@rmp.law
lgeary@rmp.law

Mr. Scott Poynter
**POYNTER LAW GROUP**
407 President Clinton Avenue, Suite 201
Little Rock, Arkansas 72201
Tel: (501) 812-3943
scott@poynterlawgroup.com

*Attorneys for the Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I certify that on the 22nd day of December 2023, undersigned counsel electronically filed the foregoing notice.

*/s/ Amy Keller*
Amy Keller
Counsel for the Plaintiffs