# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:23–cv–09152–LGS

| | |
|---|---|
| Huckabee et al v. Meta Platforms, Inc. et al | Date Filed: 10/17/2023 |
| Assigned to: Judge Lorna G. Schofield | Jury Demand: Plaintiff |
| Cause: 17:501 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Mike Huckabee**　　　　　　　　　　　　　represented by　**Adam J Levitt**
*on behalf of themselves and all others similarly*　　　　　　　　　　　DiCello Levitt Gutzler LLC
*situated*　　　　　　　　　　　　　　　　　　　　　　　　Ten North Dearborn Street
　　　　　　　　　　　　　　　　　　　　　　　　　　Ste Eleventh Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　　　　　　　312–214–7900
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: alevitt@dicellolevitt.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Amy Elisabeth Keller**
　　　　　　　　　　　　　　　　　　　　　　　　　　DiCello Levitt LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　Ten North Dearborn Street
　　　　　　　　　　　　　　　　　　　　　　　　　　Ste Sixth Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　　　　　　　312–214–7900
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: akeller@dicellolevitt.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**James Arthur Ulwick**
　　　　　　　　　　　　　　　　　　　　　　　　　　DiCello Levitt Gutzler LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　10 North Dearborn Street
　　　　　　　　　　　　　　　　　　　　　　　　　　Ste 6th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　　　　　　　301–467–6038
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: julwick@dicellolevitt.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Lisa Geary**
　　　　　　　　　　　　　　　　　　　　　　　　　　Rmp LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　5519 Hackett St.
　　　　　　　　　　　　　　　　　　　　　　　　　　Ste. 300
　　　　　　　　　　　　　　　　　　　　　　　　　　Springdale, AR 72762
　　　　　　　　　　　　　　　　　　　　　　　　　　479–439–7878
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: lgeary@rmp.law
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Seth Haines**
　　　　　　　　　　　　　　　　　　　　　　　　　　Rmp LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　5519 Hackett Rd., Suite 300
　　　　　　　　　　　　　　　　　　　　　　　　　　Springdale, AR 72762
　　　　　　　　　　　　　　　　　　　　　　　　　　479–443–2705
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: shaines@rmp.law

*ATTORNEY TO BE NOTICED*

**Timothy Hutchinson**
Rmp LLP
5519 Hackett Rd.
Ste 300
Springdale, AR 72762
479–443–2705
Email: thutchinson@rmp.law
*ATTORNEY TO BE NOTICED*

**Greg G Gutzler**
DiCello Levitt LLC
485 Lexington Ave.
Suite 1001
New York, NY 10017
314–833–6645
Email: ggutzler@dicellolevitt.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Relevate Group**
*on behalf of themselves and all others similarly situated*

represented by **Adam J Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy Elisabeth Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Arthur Ulwick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Geary**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seth Haines**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy Hutchinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg G Gutzler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Kinnaman**
*on behalf of themselves and all others similarly situated*

represented by **Adam J Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy Elisabeth Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Arthur Ulwick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Geary**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seth Haines**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy Hutchinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg G Gutzler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tsh Oxenreider**
*on behalf of themselves and all others similarly situated*

represented by **Adam J Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy Elisabeth Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Arthur Ulwick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Geary**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seth Haines**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy Hutchinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg G Gutzler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Lysa Terkeurst** *on behalf of themselves and all others similarly situated* | represented by | **Adam J Levitt** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Amy Elisabeth Keller** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **James Arthur Ulwick** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Lisa Geary** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Seth Haines** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Timothy Hutchinson** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Greg G Gutzler** (See above for address) *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Blase** *on behalf of themselves and all others similarly situated* | represented by | **Adam J Levitt** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Amy Elisabeth Keller** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **James Arthur Ulwick** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Lisa Geary** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Seth Haines** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Timothy Hutchinson** (See above for address) *ATTORNEY TO BE NOTICED* |

        **Greg G Gutzler**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Meta Platforms, Inc.**         represented by  **Bobby Ghajar**
*TERMINATED: 12/28/2023*         Cooley LLP
        1333 2nd Street
        Suite 400
        Santa Monica, CA 90401
        310−883−6404
        Fax: 310−883−6500
        Email: bghajar@cooley.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **David H. Herrington**
        Cleary Gottlieb
        One Liberty Plaza
        New York, NY 10006
        212−225−2000
        Fax: 212−225−3499
        Email: dherrington@cgsh.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Angela Dunning**
        Cleary Gottlieb Steen & Hamilton LLP
        1841 Page Mill Road
        Palo Alto, CA 94304
        650−815−4131
        Email: adunning@cgsh.com
        *ATTORNEY TO BE NOTICED*

        **Ye Eun Chun**
        Cleary Gottlieb Steen & Hamilton
        One Liberty Plaza
        34 Floor
        New York, NY 10006
        212−225−2122
        Email: chchun@cgsh.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Bloomberg L.P.**         represented by  **Nicole M. Jantzi**
        Fried, Frank, Harris, Shriver & Jacobson LLP
        801 17th Street NW
        Washington, DC 20006
        202−639−7265
        Fax: 202−639−7003

Email: nicole.jantzi@friedfrank.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amir Ghavi**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
212−859−8552
Email: amir.ghavi@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street NW
Washington, DC 20006
202−639−7254
Fax: 202−639−7003
Email: paul.schoenhard@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bloomberg Finance, L.P.**      represented by    **Nicole M. Jantzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amir Ghavi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul M. Schoenhard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Microsoft Corporation**      represented by    **Annette Louise Hurst**
*TERMINATED: 12/28/2023*
Orrick, Herrington & Sutcliffe LLP (San Francisco)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773−4585
Fax: (415) 773−5759
Email: ahurst@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Cariello**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212−506−3778

Email: ccariello@orrick.com
*ATTORNEY TO BE NOTICED*

**Jared Barrett Briant**
Faegre Drinker Biddle & Reath LLP
1144 Fifteenth Street
Suite 3400
Denver, CO 80202
303−607−3588
Email: jared.briant@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Jacobson**
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
212−248−3191
Email: jeffrey.jacobson@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Marc Shapiro**
Orrick, Herrington, & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212−506−3521
Email: mrshapiro@orrick.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| **The EleutherAI Institute**<br>*TERMINATED: 12/28/2023* | represented by **Aaron Kyle Williamson**<br>Williamson Legal PLLC<br>1421 18th Ave. N<br>St. Petersburg, FL 33704<br>773−727−8363<br>Email: aaron@williamson.legal<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2023 | Ï 1 | COMPLAINT against Bloomberg Finance, L.P., Bloomberg L.P., Meta Platforms, Inc., Microsoft Corporation, The EleutherAI Institute. (Filing Fee $ 402.00, Receipt Number ANYSDC−28439811)Document filed by John Blase, David Kinnaman, Relevate Group, Mike Huckabee, Tsh Oxenreider, Lysa Terkeurst..(Gutzler, Greg) (Entered: 10/17/2023) |
| 10/17/2023 | Ï 2 | CIVIL COVER SHEET filed..(Gutzler, Greg) (Entered: 10/17/2023) |
| 10/17/2023 | Ï 3 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to Meta Platforms, Inc., re: 1 Complaint,. Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst..(Gutzler, Greg) Modified on 10/18/2023 (pc). (Entered: 10/17/2023) |
| 10/17/2023 | Ï 4 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to Bloomberg L.P., re: 1 Complaint,. Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa |

| | | |
|---|---|---|
| | | Terkeurst..(Gutzler, Greg) Modified on 10/18/2023 (pc). (Entered: 10/17/2023) |
| 10/17/2023 | Ï 5 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to Bloomberg Finance L.P., re: 1 Complaint,. Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst..(Gutzler, Greg) Modified on 10/18/2023 (pc). (Entered: 10/17/2023) |
| 10/17/2023 | Ï 6 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to Microsoft Corporation, re: 1 Complaint,. Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst..(Gutzler, Greg) Modified on 10/18/2023 (pc). (Entered: 10/17/2023) |
| 10/17/2023 | Ï 7 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to The EleutherAI Institute, re: 1 Complaint,. Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst..(Gutzler, Greg) Modified on 10/18/2023 (pc). (Entered: 10/17/2023) |
| 10/18/2023 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Lorna G. Schofield. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 10/18/2023) |
| 10/18/2023 | Ï | Magistrate Judge Gary Stein is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 10/18/2023) |
| 10/18/2023 | Ï | Case Designated ECF. (pc) (Entered: 10/18/2023) |
| 10/18/2023 | Ï | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Greg G Gutzler. The following case opening statistical information was erroneously selected/entered: Dollar Demand $5,000,001,000; County code New York; Fee Status code due (due);. The following correction(s) have been made to your case entry: the Dollar Demand has been modified to blank; the County code has been modified to XX Out of State; the Fee Status code has been modified to pd (paid);. (pc) (Entered: 10/18/2023) |
| 10/18/2023 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Greg G Gutzler. The party information for the following party/parties has been modified: John Blase, David Kinnaman, Relevate Group, Mike Huckabee, Tsh Oxenreider, Lysa Terkeurs. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (pc) (Entered: 10/18/2023) |
| 10/18/2023 | Ï | ***NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM COPYRIGHT. Notice to Attorney Greg G Gutzler to submit a completed AO 121 Form Copyright to court for review. Use the event type AO 121 Copyright – Notice of Submission by Attorney found under the event list Other Documents. (pc) (Entered: 10/18/2023) |
| 10/18/2023 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Greg G Gutzler to RE–FILE Document No. 3 Request for Issuance of Summons, 7 Request for Issuance of Summons, 6 Request for Issuance of Summons, 5 Request for Issuance of Summons, 4 Request for Issuance of Summons. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; Caption title does not match complaint caption title (John |

| | | |
|---|---|---|
| | | Blase is not listed);. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (pc) (Entered: 10/18/2023) |
| 10/19/2023 | Ï 8 | ORDER: Initial Conference set for 12/13/2023 at 04:20 PM before Judge Lorna G. Schofield. The parties shall call (888) 363–4749 and enter the access code 558–3333. (Signed by Judge Lorna G. Schofield on 10/19/2023) (vfr) (Entered: 10/19/2023) |
| 10/20/2023 | Ï 9 | REQUEST FOR ISSUANCE OF SUMMONS as to Meta Platforms, Inc., re: 1 Complaint,. Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst..(Gutzler, Greg) (Entered: 10/20/2023) |
| 10/20/2023 | Ï 10 | REQUEST FOR ISSUANCE OF SUMMONS as to Bloomberg L.P., re: 1 Complaint,. Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst..(Gutzler, Greg) (Entered: 10/20/2023) |
| 10/20/2023 | Ï 11 | REQUEST FOR ISSUANCE OF SUMMONS as to Bloomberg Finance L.P., re: 1 Complaint,. Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst..(Gutzler, Greg) (Entered: 10/20/2023) |
| 10/20/2023 | Ï 12 | REQUEST FOR ISSUANCE OF SUMMONS as to Microsoft Corporation, re: 1 Complaint,. Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst..(Gutzler, Greg) (Entered: 10/20/2023) |
| 10/20/2023 | Ï 13 | REQUEST FOR ISSUANCE OF SUMMONS as to The EleutherAI Institute, re: 1 Complaint,. Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst..(Gutzler, Greg) (Entered: 10/20/2023) |
| 10/20/2023 | Ï 14 | NOTICE OF APPEARANCE by Adam J Levitt on behalf of John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst..(Levitt, Adam) (Entered: 10/20/2023) |
| 10/23/2023 | Ï 15 | MOTION for Lisa M. Geary to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28462901. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst. (Attachments: # 1 Affidavit of Lisa M. Geary in Support of Pro Hac Motion, # 2 Exhibit A – Certificate of Good Standing, # 3 Exhibit B – Certificate of Good Standing, # 4 Proposed Order on Pro Hac Motion).(Geary, Lisa) (Entered: 10/23/2023) |
| 10/23/2023 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 15 MOTION for Lisa M. Geary to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28462901. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 10/23/2023) |
| 10/24/2023 | Ï 16 | MOTION for Seth M. Haines to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28470019. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst. (Attachments: # 1 Affidavit Affidavit, # 2 Exhibit Exhibit A, # 3 Proposed Order Order).(Haines, Seth) (Entered: 10/24/2023) |
| 10/24/2023 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for Seth M. Haines to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28470019. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 10/24/2023) |
| 10/24/2023 | Ï 17 | ELECTRONIC SUMMONS ISSUED as to Meta Platforms, Inc. (vf) (Entered: 10/24/2023) |
| 10/24/2023 | Ï 18 | ELECTRONIC SUMMONS ISSUED as to Bloomberg Finance, L.P.. (vf) (Entered: 10/24/2023) |

| | | |
|---|---|---|
| 10/24/2023 | 19 | ELECTRONIC SUMMONS ISSUED as to Bloomberg L.P.. (vf) (Entered: 10/24/2023) |
| 10/24/2023 | 20 | ELECTRONIC SUMMONS ISSUED as to Microsoft Corporation. (vf) (Entered: 10/24/2023) |
| 10/24/2023 | 21 | ELECTRONIC SUMMONS ISSUED as to The EleutherAI Institute. (vf) (Entered: 10/24/2023) |
| 10/26/2023 | 22 | MOTION for Timothy Chad Hutchinson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28482981. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst. (Attachments: # 1 Affidavit of Tim Hutchinson, # 2 Exhibit Arkansas Certificate of Good Standing, # 3 Exhibit Missouri Certificate of Good Standing, # 4 Proposed Order to Appear pro Hac Vice).(Hutchinson, Timothy) (Entered: 10/26/2023) |
| 10/26/2023 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 22 MOTION for Timothy Chad Hutchinson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28482981. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 10/26/2023) |
| 11/03/2023 | 23 | MOTION for James A. Ulwick to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28523757. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst. (Attachments: # 1 Affidavit Affidavit of James A. Ulwick in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit James A. Ulwick Certificate of Good Standing, # 3 Proposed Order James A. Ulwick Proposed Order for Admission Pro Hac Vice).(Ulwick, James) (Entered: 11/03/2023) |
| 11/03/2023 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 23 MOTION for James A. Ulwick to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28523757. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 11/03/2023) |
| 11/06/2023 | 24 | ORDER granting 16 Motion for Seth M. Haines to Appear Pro Hac Vice; granting 22 Motion for Timothy Chad Hutchinson to Appear Pro Hac Vice; granting 23 Motion for James A. Ulwick to Appear Pro Hac Vice; and granting 15 Motion for Lisa M. Geary to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 11/06/2023) |
| 11/10/2023 | 25 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for additional pleading submitted to court for review..(Ulwick, James) (Entered: 11/10/2023) |
| 11/10/2023 | 26 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for additional pleading submitted to court for review..(Ulwick, James) (Entered: 11/10/2023) |
| 11/10/2023 | 27 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for additional pleading submitted to court for review..(Ulwick, James) (Entered: 11/10/2023) |
| 11/10/2023 | 28 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for additional pleading submitted to court for review..(Ulwick, James) (Entered: 11/10/2023) |
| 11/13/2023 | 29 | AO 121 FORM COPYRIGHT – CASE OPENING – SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights..(jgo) (Entered: 11/13/2023) |

| | | |
|---|---|---|
| 11/13/2023 | 30 | AO 121 FORM COPYRIGHT – CASE OPENING – SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights..(jgo) (Entered: 11/13/2023) |
| 11/13/2023 | 31 | AO 121 FORM COPYRIGHT – CASE OPENING – SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights..(jgo) (Entered: 11/13/2023) |
| 11/13/2023 | 32 | AO 121 FORM COPYRIGHT – CASE OPENING – SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights..(jgo) (Entered: 11/13/2023) |
| 11/13/2023 | 33 | MOTION for Amy E. Keller to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst. (Attachments: # 1 Affidavit Amy E. Keller Affidavit, # 2 Exhibit Amy E. Keller Certificate of Good Standing– Illinois, # 3 Exhibit Amy E. Keller Certificate of Good Standing– Michigan, # 4 Proposed Order Proposed Order).(Keller, Amy) (Entered: 11/13/2023) |
| 11/14/2023 | ï | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 33 MOTION for Amy E. Keller to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Affidavit Not Signed or Notarized;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (sgz)** (Entered: 11/14/2023) |
| 11/21/2023 | 34 | LETTER MOTION for Extension of Time *to Respond to Plaintiff's Complaint* addressed to Judge Lorna G. Schofield from James A. Ulwick dated November 21, 2023. Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst..(Ulwick, James) (Entered: 11/21/2023) |
| 11/21/2023 | 35 | NOTICE OF APPEARANCE by Nicole M. Jantzi on behalf of Bloomberg Finance, L.P., Bloomberg L.P...(Jantzi, Nicole) (Entered: 11/21/2023) |
| 11/22/2023 | 36 | ORDER granting 34 Letter Motion for Extension of Time. Application GRANTED. Defendants shall answer, move or otherwise respond to the Complaint by January 26, 2024. The initial pretrial conference will proceed as scheduled, and Defendants shall enter their appearances no later than December 4, 2023. (Signed by Judge Lorna G. Schofield on 11/22/2023) (mml) (Entered: 11/22/2023) |
| 11/22/2023 | ï | Set/Reset Deadlines: Bloomberg Finance, L.P. answer due 1/26/2024; Bloomberg L.P. answer due 1/26/2024; Meta Platforms, Inc. answer due 1/26/2024; Microsoft Corporation answer due 1/26/2024; The EleutherAI Institute answer due 1/26/2024. (mml) (Entered: 11/22/2023) |
| 11/27/2023 | 37 | NOTICE OF APPEARANCE by Amir Ghavi on behalf of Bloomberg Finance, L.P., Bloomberg L.P...(Ghavi, Amir) (Entered: 11/27/2023) |
| 11/29/2023 | 38 | **FILING ERROR – CORPORATE PARENT/OTHER AFFILIATE NOT ADDED –** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Bloomberg Finance, L.P., Bloomberg L.P...(Jantzi, Nicole) Modified on 11/30/2023 (lb). (Entered: 11/29/2023) |
| 11/30/2023 | ï | |

Case 3:23-cv-06663-AGT   Document 70   Filed 12/29/23   Page 12 of 15

| | | |
|---|---|---|
| | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Notice to Attorney Nicole M. Jantzi to RE–FILE Document No. 38 Rule 7.1 Corporate Disclosure Statement,. The filing is deficient for the following reason(s): the corporate parent/other affiliate was not added;. Re–file the document using the event type Rule 7.1 Corporate Disclosure Statement found under the event list Other Documents – select the correct filer/filers – attach the correct signed PDF – when prompted with the message "Are there any corporate parents or other affiliates?", select the Yes or No radio button – If Yes – enter the corporate parent/other affiliate, click the Search button – select the correct corporate parent/other affiliate name from the search results list or if no person found, create a new corporate parent/other affiliate – select the party to whom the corporate parent/other affiliate should be linked – add corporate parent/other affiliate names one at a time. (lb) (Entered: 11/30/2023) |
| 11/30/2023 | 39 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Bloomberg Inc. for Bloomberg L.P.; Corporate Parent Bloomberg (GP) Finance LLC for Bloomberg Finance, L.P.. Document filed by Bloomberg Finance, L.P., Bloomberg L.P...(Jantzi, Nicole) (Entered: 11/30/2023) |
| 11/30/2023 | 40 | MOTION for Paul M. Schoenhard to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28631438. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Bloomberg Finance, L.P., Bloomberg L.P.. (Attachments: # 1 Affidavit of Paul M. Schoenhard, # 2 Exhibit Virginia Certificate of Good Standing, # 3 Exhibit Washington Certificate of Good Standing, # 4 Exhibit DC Certificate of Good Standing, # 5 Proposed Order for Admission Pro Hac Vice).(Schoenhard, Paul) (Entered: 11/30/2023) |
| 11/30/2023 | 41 | MOTION for Annette L. Hurst to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28634206. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit of Annette L. Hurst in Support, # 2 Exhibit – Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Hurst, Annette) (Entered: 11/30/2023) |
| 11/30/2023 | 42 | NOTICE OF APPEARANCE by Christopher Cariello on behalf of Microsoft Corporation..(Cariello, Christopher) (Entered: 11/30/2023) |
| 11/30/2023 | 43 | NOTICE OF APPEARANCE by Marc Shapiro on behalf of Microsoft Corporation..(Shapiro, Marc) (Entered: 11/30/2023) |
| 11/30/2023 | 44 | NOTICE OF APPEARANCE by Aaron Kyle Williamson on behalf of The EleutherAI Institute..(Williamson, Aaron) (Entered: 11/30/2023) |
| 11/30/2023 | 45 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The EleutherAI Institute..(Williamson, Aaron) (Entered: 11/30/2023) |
| 12/01/2023 | 46 | NOTICE OF APPEARANCE by Jeffrey S. Jacobson on behalf of Microsoft Corporation..(Jacobson, Jeffrey) (Entered: 12/01/2023) |
| 12/01/2023 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 40 MOTION for Paul M. Schoenhard to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28631438. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 12/01/2023) |
| 12/01/2023 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 41 MOTION for Annette L. Hurst to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28634206. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 12/01/2023) |

| | | |
|---|---|---|
| 12/04/2023 | 47 | NOTICE OF APPEARANCE by David H. Herrington on behalf of Meta Platforms, Inc...(Herrington, David) (Entered: 12/04/2023) |
| 12/04/2023 | 48 | MOTION for Bobby A. Ghajar to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28648167. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Meta Platforms, Inc.. (Attachments: # 1 Affidavit of Bobby A. Ghajar in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit – Certificate of Good Standing – CA, # 3 Proposed Order – [Proposed] Order for Admission Pro Hac Vice).(Ghajar, Bobby) (Entered: 12/04/2023) |
| 12/04/2023 | 49 | MOTION for Angela L. Dunning to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28648493. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Meta Platforms, Inc.. (Attachments: # 1 Affidavit of Angela L. Dunning in Support, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Dunning, Angela) (Entered: 12/04/2023) |
| 12/04/2023 | 50 | NOTICE OF APPEARANCE by Ye Eun Chun on behalf of Meta Platforms, Inc...(Chun, Ye Eun) (Entered: 12/04/2023) |
| 12/04/2023 | 51 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Meta Platforms, Inc...(Herrington, David) (Entered: 12/04/2023) |
| 12/04/2023 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 49 MOTION for Angela L. Dunning to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28648493. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (laq)** (Entered: 12/04/2023) |
| 12/04/2023 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 48 MOTION for Bobby A. Ghajar to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28648167. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (laq)** (Entered: 12/04/2023) |
| 12/05/2023 | 52 | JOINT LETTER MOTION to Adjourn Conference addressed to Judge Lorna G. Schofield from Angela L. Dunning dated December 5, 2023. Document filed by Meta Platforms, Inc...(Dunning, Angela) (Entered: 12/05/2023) |
| 12/06/2023 | 53 | ORDER granting 52 Letter Motion to Adjourn Conference. The initial pre–trial conference in this matter is adjourned to January 17, 2024, at 4:20 P.M. The parties shall confer and attempt to resolve the venue and jurisdictional disputes without motions practice. If no resolution is achieved, by December 15, 2023, any Defendant wishing to contest venue or jurisdiction shall file a letter, not to exceed three pages, stating the basis for its challenge. By December 22, 2023, Plaintiffs shall file a single letter, not to exceed six pages, stating the basis for their opposition. If it is the intent of the Bloomberg Defendants to file a motion to dismiss, they shall file a letter in accordance with the Court's Individual Rule III.C.2 by December 15, 2023. Plaintiffs shall file a responsive letter by December 22, 2023. The parties shall jointly complete and file the case management papers required by the Order at Dkt. 8 no later than January 10, 2024. The Court typically does not stay discovery while motions are pending. The parties should therefore select concrete discovery deadlines in their proposed Case Management Plan. So Ordered. Initial Conference set for 1/17/2024 at 04:20 PM before Judge Lorna G. Schofield.. (Signed by Judge Lorna G. Schofield on 12/6/2023) (rro) (Entered: 12/06/2023) |
| 12/15/2023 | 54 | LETTER addressed to Judge Lorna G. Schofield from Nicole Jantzi dated December 15, 2023 re: Bloomberg Defendants Motion to Dismiss. Document filed by Bloomberg Finance, L.P., Bloomberg L.P...(Jantzi, Nicole) (Entered: 12/15/2023) |
| 12/15/2023 | 55 | |

| | | |
|---|---|---|
| | | LETTER addressed to Judge Lorna G. Schofield from Nicole Jantzi dated December 15, 2023 re: Discovery Stay. Document filed by Bloomberg Finance, L.P., Bloomberg L.P...(Jantzi, Nicole) (Entered: 12/15/2023) |
| 12/15/2023 | 56 | MOTION for Jared B. Briant to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28701168. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Microsoft Corporation. (Attachments: # 1 Affidavit Affidavit of Jared B. Briant, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Briant, Jared) (Entered: 12/15/2023) |
| 12/15/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 56 MOTION for Jared B. Briant to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28701168. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 12/15/2023) |
| 12/15/2023 | 57 | LETTER addressed to Judge Lorna G. Schofield from Amy Keller dated December 15, 2023 re: the Court's December 6, 2023 Order. Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst..(Keller, Amy) (Entered: 12/15/2023) |
| 12/15/2023 | 58 | LETTER addressed to Judge Lorna G. Schofield from Angela L. Dunning dated December 15, 2023 re: the Court's December 6, 2023 Order. Document filed by Meta Platforms, Inc...(Dunning, Angela) (Entered: 12/15/2023) |
| 12/15/2023 | 59 | LETTER addressed to Judge Lorna G. Schofield from Aaron K. Williamson dated December 15, 2023 re: the Court's December 6, 2023 Order. Document filed by The EleutherAI Institute..(Williamson, Aaron) (Entered: 12/15/2023) |
| 12/15/2023 | 60 | LETTER addressed to Judge Lorna G. Schofield from Jeffrey S. Jacobson dated December 15, 2023 re: the Court's December 6, 2023 Order. Document filed by Microsoft Corporation..(Jacobson, Jeffrey) (Entered: 12/15/2023) |
| 12/18/2023 | 61 | MEMO ENDORSEMENT on re: 57 Letter, filed by Lysa Terkeurst, Tsh Oxenreider, Relevate Group, David Kinnaman, John Blase, Mike Huckabee. ENDORSEMENT: The parties shall file proposed stipulations memorializing their agreements by December 22, 2023. So Ordered. (Signed by Judge Lorna G. Schofield on 12/18/2023) (mml) (Entered: 12/18/2023) |
| 12/21/2023 | 62 | ORDER granting 40 Motion for Paul M. Schoenhard to Appear Pro Hac Vice; granting 41 Motion for Annette L. Hurst to Appear Pro Hac Vice; granting 48 Motion for Bobby A. Ghajar to Appear Pro Hac Vice; granting 49 Motion for Angela L. Dunning to Appear Pro Hac Vice; and granting 56 Motion for Jared B. Briant to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 12/21/2023) |
| 12/22/2023 | 63 | PROPOSED STIPULATION AND ORDER. Document filed by Bloomberg Finance, L.P., Bloomberg L.P...(Jantzi, Nicole) (Entered: 12/22/2023) |
| 12/22/2023 | 64 | PROPOSED STIPULATION AND ORDER. Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst..(Keller, Amy) (Entered: 12/22/2023) |
| 12/22/2023 | 65 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, without prejudice against the defendant(s) The EleutherAI Institute. Document filed by All Plaintiffs. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**..(Keller, Amy) Modified on 12/26/2023 (nd). (Entered: 12/22/2023) |

| | | |
|---|---|---|
| 12/22/2023 | 66 | LETTER addressed to Judge Lorna G. Schofield from Amy Keller dated 12/22/2023 re: Opposition to Bloomberg Defendants' Proposed Motion to Dismiss. Document filed by John Blase, Mike Huckabee, David Kinnaman, Tsh Oxenreider, Relevate Group, Lysa Terkeurst..(Keller, Amy) (Entered: 12/22/2023) |
| 12/26/2023 |  | ***NOTICE TO ATTORNEY REGARDING DEFICIENT VOLUNTARY DISMISSAL. Notice to Attorney Amy Keller. RE–FILE Document No. 65 Notice of Voluntary Dismissal,,. The filing is deficient for the following reason(s): the individual filers were NOT selected for the voluntary dismissal;. Re–file the document using the event type Notice of Voluntary Dismissal found under the event list Notices – select the correct filer/filers – select the correct party/parties the voluntary dismissal is against – and attach the correct signed PDF. (nd) (Entered: 12/26/2023) |
| 12/26/2023 | 67 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice against the defendant(s) The EleutherAI Institute. Document filed by John Blase, David Kinnaman, Relevate Group, Mike Huckabee, Tsh Oxenreider, Lysa Terkeurst. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**..(Keller, Amy) (Entered: 12/26/2023) |
| 12/27/2023 |  | ***NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 67 Notice of Voluntary Dismissal,, was reviewed and referred to Judge Lorna G. Schofield for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (nd) (Entered: 12/27/2023) |
| 12/28/2023 | 68 | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THE ELEUTHERAI INSTITUTE Comes now, through undersigned counsel, Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenreider, Lysa TerKeurst, and John Blase (Plaintiffs), and pursuant Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action, without prejudice, reserving the right to refile according to law, as against Defendant The EleutherAI Institute, only, each side to bear its own costs and fees. This dismissal is not based upon the merits. So Ordered. The EleutherAI Institute terminated. (Signed by Judge Lorna G. Schofield on 12/27/2023) (jca) (Entered: 12/28/2023) |
| 12/28/2023 | 69 | JOINT STIPULATION AND ORDER SEVERING AND TRANSFERRING CLAIMS AGAINST DEFENDANTS META PLATFORMS, INC. AND MICROSOFT CORPORATION: NOW, THEREFORE, in consideration of the foregoing, which are incorporated into this Stipulation, the Parties hereby stipulate and agree as follows: 1. The Parties consent and stipulate to severing all of Plaintiffs' claims against the Stipulating Defendants, and transferring those claims to the United States District Court for the Northern District of California, pursuant to the Court's authority under 28 U.S.C. § 1404(a) and Rule 21 of the Federal Rules of Civil Procedure. 2. The relief stipulated to herein shall not affect Plaintiffs' claims against defendant The EleutherAI Institute (which Plaintiffs have agreed to dismiss without prejudice) or defendants Bloomberg L.P. and Bloomberg Finance, L.P. (as to whom Plaintiffs intend to continue to pursue their claims in this Court). So Ordered. The Clerk of Court is respectfully directed to sever the claims against Defendants Meta and Microsoft and to transfer those claims to the U.S. District Court for the Northern District of California. (Signed by Judge Lorna G. Schofield on 12/27/2023) (mml) (Entered: 12/28/2023) |
| 12/28/2023 |  | PARTY TRANSFERRED OUT ELECTRONICALLY pertaining to Meta Platforms, Inc and Microsoft Corporation only, from the U.S.D.C. Southern District of New York to the United States District Court – Northern District of California. (mml) (Entered: 12/28/2023) |