UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Huckabee, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>Meta Platforms, Inc., et al.,<br><br>Defendant(s). | Case No. 3:23-cv-06663-AGT<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Jared B. Briant, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Microsoft Corporation in the above-entitled action. My local co-counsel in this case is Matthew Adler, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 273147.

1144 15th Street, #3400, Denver, CO 80202
MY ADDRESS OF RECORD

4 Embarcadero Ctr., 27th Fl., San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

303-607-3588
MY TELEPHONE # OF RECORD

415-591-7500
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jared.briant@faegredrinker.com
MY EMAIL ADDRESS OF RECORD

matthew.adler@faegredrinker.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 35773.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: January 8, 2024                                        /s/ Jared B. Briant
                                                                 APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Jared B. Briant  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                                UNITED STATES DISTRICT/MAGISTRATE JUDGE



# SUPREME COURT
# State of Colorado,

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**JARED B. BRIANT**__

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the __**25th**__

day of __**October**__ A.D. __**2004**__ and that at the date

hereof the said __**JARED B. BRIANT**__ is in good standing

at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**14th**__ day of __**December**__ A.D. __**2023**__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk