**DICELLO LEVITT LLP**
BRIAN O. O'MARA (229737)
4747 Executive Drive, Suite 240
San Diego, CA 92121
Tel. 619/923-3939
briano@dicellolevitt.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE HUCKABEE, *et al.*, | Case No. No. 4:23-cv-06663-HSG |
| Plaintiff, | NOTICE OF APPEARANCE |
| vs. | |
| META PLATFORMS, INC., | |
| Defendants. | |

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      PLEASE TAKE NOTICE that Brian O. O'Mara (briano@dicellolevitt.com) of DiCello Levitt LLP, hereby enters his appearance on behalf of Plaintiffs Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenreider, Lysa TerKeurst, and John Blasé in the action captioned *Huckabee, et al. v. Meta Platforms, Inc., et al.*, No. 4:23-cv-06663-HSG.  The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action.

DATED:  January 17, 2024

Respectively submitted,

DICELLO LEVITT LLP
BRIAN O. O'MARA

          s/ *Brian O. O'Mara*
          BRIAN O. O'MARA

4747 Executive Drive, Suite 240
San Diego, CA  92121
Tel. 619/923-3939
briano@dicellolevitt.com

*Attorneys for Plaintiffs*

1
NOTICE OF APPEARANCE
No. 23-cv-06663-HSG

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on January 17, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ *Brian O. O'Mara*
BRIAN O. O'MARA

DICELLO LEVITT LLP
4747 Executive Drive, Suite 240
San Diego, CA  92121
Tel. 619/923-3939
briano@dicellolevitt.com