CLEARY GOTTLIEB STEEN & HAMILTON LLP
Angela L. Dunning (State Bar No. 212047)
adunning@cgsh.com
1841 Page Mill Rd., Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4100
Facsimile: (650) 815-4199

COOLEY LLP
Bobby A. Ghajar (State Bar No. 198719)
bghajar@cooley.com
1333 2nd St., Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Attorneys for Defendant Meta Platforms, Inc.*

[All other counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE HUCKABEE *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC. and MICROSOFT CORPORATION,<br><br>Defendants. | Case No. 4:23-cv-06663-VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: AMENDMENT OF COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Hon. Vince Chhabria |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenreider, Lysa Terkeurst, and John Blase ("Plaintiffs") and Defendants Meta Platforms, Inc. ("Meta") and Microsoft Corporation ("Microsoft"; together with Meta, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on October 17, 2023, Plaintiffs filed a Class Action Complaint ("Complaint") in the United States District Court for the Southern District of New York, naming Defendants, as well as Bloomberg L.P., Bloomberg Finance, L.P., and EleutherAI Institute as defendants (Dkt. 1);

**WHEREAS**, on November 22, 2023, the Southern District of New York ordered that the last day for Defendants to move to dismiss or otherwise respond to Plaintiffs' Complaint shall be January 26, 2024 (Dkt. 36);

**WHEREAS**, on December 28, 2023, the Southern District of New York granted the Parties' stipulation to sever and transfer all claims against Defendants to the United States District Court for the Northern District of California (Dkt. 69), in light of the substantially identical action against Meta already pending in this District, *Kadrey v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC (previously consolidated with *Chabon v. Meta Platforms, Inc.*, No. 3:23-cv-04663) (hereinafter, the "*Kadrey* action");

**WHEREAS**, after plaintiffs in the *Kadrey* action filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12(a) (Dkt. 82) (the "Administrative Motion"), Plaintiffs filed a response not opposing the Administrative Motion (Dkt. 83);

**WHEREAS**, on January 23, 2024, the Court ordered that the actions are related (Dkt. 95), and both cases are now pending before Judge Chhabria; and

**WHEREAS**, Plaintiffs have informed Defendants of their intent to amend their Complaint, seek consolidation with the *Kadrey* action, or otherwise work with the *Kadrey* plaintiffs to eliminate duplication and promote efficiency.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, subject to the approval of the Court, that:

1. The current January 26, 2024 deadline for Defendants to move to dismiss or otherwise respond to Plaintiffs' Complaint is vacated or otherwise extended;

2. Plaintiffs will continue to discuss with the *Kadrey* plaintiffs the most efficient path forward for the litigation of their claims, and will propose a stipulation to the Court by February 5, 2024, concerning either consolidation with the *Kadrey* action or amendment of their operative

complaint and, if appropriate, a stipulated briefing schedule on any motion to dismiss or other response to the complaint or amended complaint.

3. Nothing in this Stipulation is intended to or shall have the effect of prejudicing any party's right to seek consolidation with *Kadrey* or other appropriate relief.

**IT IS SO STIPULATED.**

Dated: January 24, 2024                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Angela L. Dunning*
Angela L. Dunning
1841 Page Mill Rd., Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4100
Email: adunning@cgsh.com

David H. Herrington (*pro hac vice*)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: dherrington@cgsh.com

COOLEY LLP
Bobby A. Ghajar
1333 2nd St., Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Email: bghajar@cooley.com

*Attorneys for Defendant Meta Platforms, Inc.*

Dated: January 24, 2024                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Annette Louise Hurst*
Annette Louise Hurst
The Orrick Building
405 Howard St.
San Francisco, CA 94105
Telephone: (415) 773-4584
Email: ahurst@orrick.com

FAEGRE DRINKER BIDDLE & REATH LLP
Jeffrey S. Jacobson (*pro hac vice pending*)
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
Telephone: (212) 248-3191
Email: jeffrey.jacobson@faegredrinker.com

*Attorneys for Defendant Microsoft Corporation*

Dated: January 24, 2024

DICELLO LEVITT LLP

By: */s/ Adam J. Levitt*
Adam J. Levitt (*pro hac vice forthcoming*)
Amy E. Keller (*pro hac vice*)
James A. Ulwick (*pro hac vice pending*)
Brian O'Mara
10 North Dearborn St., Sixth Floor
Chicago, Il. 60602
Telephone: (312) 214-7900
Email: alevitt@dicellolevitt.com
       akeller@dicellolevitt.com
       julwick@dicellolevitt.com
       briano@dicellolevitt.com

RMP, LLP
By: */s/ Seth Haines*
Seth Haines (*pro hac vice*)
Timothy Hutchinson (*pro hac vice*)
Lisa Geary (*pro hac vice*)
5519 Hackett St., Suite 300
Springdale, AK 72762
Telephone: (479) 443-2705
Email: shaines@rmp.law
       thutchinson@rmp.law
       lgeary@rmp.law

POYNTER LAW GROUP
By: */s/ Scott Poynter*
Scott Poynter (*pro hac vice forthcoming*)
407 President Clinton Ave., Suite 201
Little Rock, AK 72201
Telephone: (501) 812-3943
Email: scott@poynterlawgroup.com

*Attorneys for the Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____, 2024

_____
Hon. Vince Chhabria

# ATTESTATION

I, Angela Dunning, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Re: Amendment of Complaint and Motion to Dismiss Briefing Schedule. In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the above signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

By: */s/ Angela L. Dunning*
Angela L. Dunning
1841 Page Mill Rd., Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4100
Email: adunning@cgsh.com

*Attorneys for Defendant Meta Platforms, Inc.*