**DICELLO LEVITT LLP**
BRIAN O. O'MARA (229737)
4747 Executive Drive, Suite 240
San Diego, CA 92121
Tel. 619/923-3939
briano@dicellolevitt.com

**RMP, LLP**
TIMOTHY HUTCHINSON (admitted *pro hac vice*)
SETH HAINES (admitted *pro hac vice*)
5519 Hackett Street, Suite 300
Springdale, AR 72762
Tel. 479/443-2705
thutchinson@rmp.law
shaines@rmp.law

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*
*Additional Counsel Identified Below*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE HUCKABEE, *et al.*, | Case No. No. 3:23-cv-06663-VC |
| Individual and Representative Plaintiffs, | |
| vs. | **NOTICE OF WITHDRAWAL OF ATTORNEY LISA M. GEARY** |
| META PLATFORMS, INC., *et al.*, | |
| Defendants. | |

1    PLEASE TAKE NOTICE that Lisa M. Geary is no longer an attorney at RMP, LLP ("RMP") and is hereby withdrawn as counsel for Plaintiffs Mike Huckabee, Relevate Group, David Kinnaman, Tsh Oxenreider, Lysa Terkeurst, and John Blasé in this action (the "Action"). Ms. Geary should be removed from the Court's service list with respect to the Action. RMP and the other counsel listed below will continue to represent the Plaintiffs in the Action. All future correspondence and papers should continue to be directed to the undersigned attorneys.

DATED: June 28, 2024

                                          s/ *Brian O. O'Mara*
                                          BRIAN O. O'MARA

Brian O. O'Mara (229737)
**DICELLO LEVITT LLP**
4747 Executive Drive, Second Floor
San Diego, California 92121
Telephone: (619) 923-3939
briano@dicellolevitt.com

Adam J. Levitt (*pro hac vice* forthcoming)
Amy E. Keller (admitted *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone:    (312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
julwick@dicellolevitt.com

Seth Haines (admitted *pro hac vice*)
Timothy Hutchinson (admitted *pro hac vice*)
**RMP, LLP**
5519 Hackett Street, Suite 300
Springdale, Arkansas 72762
Telephone: (479) 443-2705
shaines@rmp.law
thutchinson@rmp.law

Scott Poynter (*pro hac vice* forthcoming)
**POYNTER LAW GROUP**
407 President Clinton Avenue, Suite 201
Little Rock, Arkansas 72201
Telephone: (501) 812-3943
scott@poynterlawgroup.com

*Counsel for Plaintiffs and the Proposed Class*

---

1
NOTICE OF WITHDRAWAL OF ATTORNEY LISA M. GEARY
No. 3:23-cv-06663-VC

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 28, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        s/ *Brian O. O'Mara*
        BRIAN O. O'MARA

Brian O. O'Mara (229737)
**DICELLO LEVITT LLP**
4747 Executive Drive, Second Floor
San Diego, California 92121
Telephone: (619) 923-3939
briano@dicellolevitt.com