| | |
|---|---|
| Joseph R. Saveri (Bar No. 130064) | David A. Straite (admitted *pro hac vice*) |
| **JOSEPH SAVERI LAW FIRM, LLP** | **DiCELLO LEVITT LLP** |
| 601 California Street, Suite 1505 | 485 Lexington Avenue, Suite 1001 |
| San Francisco, California 94108 | New York, NY 10017 |
| Tel.: (415) 500-6800 | Tel.: (646) 933-1000 |
| jsaveri@saverilawfirm.com | dstraite@dicellolevitt.com |
| | |
| Matthew Butterick (State Bar No. 250953) | *Counsel for the Huckabee Plaintiffs and the Proposed Class* |
| 1920 Hillhurst Avenue, #406 | |
| Los Angeles, CA 90027 | *[additional counsel on signature page]* |
| Tel.: (323) 968-2632 | |
| mb@butterickLaw.com | Angela L. Dunning (Bar No. 212047) |
| | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| Bryan L. Clobes (admitted *pro hac vice*) | 1841 Page Mill Rd., Suite 250 |
| **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** | Palo Alto, CA 94304 |
| 205 N. Monroe Street | Tel.: (650) 815-4100 |
| Media, PA 19063 | adunning@cgsh.com |
| Tel.: (215) 864-2800 | |
| bclobes@caffertyclobes.com | Bobby A. Ghajar (Bar No. 198719) |
| | **COOLEY LLP** |
| *Counsel for the Kadrey Plaintiffs and the Proposed Class* | 1333 2nd St., Suite 400 |
| | Santa Monica, CA 90401 |
| *[additional counsel on signature page]* | Tel.: (310) 883-6400 |
| | bghajar@cooley.com |
| | |
| | *Counsel for Defendant Meta Platforms, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, SARAH SILVERMAN, CHRISTOPHER GOLDEN, MICHAEL CHABON, TA-NEHISI COATES, JUNOT DIAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, MATTHEW KLAM, LAURA LIPPMAN, RACHEL LOUSIE SNYDER, AYELET WALDMAN, and JACQUELINE WOODSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 3:23-cv-03417-VC <br><br> **STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL AND CONSOLIDATION** |

| | |
|---|---|
| MIKE HUCKABEE, THE RELEVATE GROUP, DAVID KINNAMAN, TSH OXENREIDER, LYSA TERKEURST, and JOHN BLASE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:23-cv-06663-VC |

Plaintiffs Lysa TerKeurst, Richard Kadrey, Sarah Silverman, Christopher Golden, Michael Chabon, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta"; together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows.

**WHEREAS**, current plaintiff Lysa TerKeurst and former plaintiffs Mike Huckabee, The Relevate Group, David Kinnaman, Tsh Oxenreider, and John Blase (together, the "*Huckabee* Plaintiffs"), on behalf of themselves and all others similarly situated, commenced an action (the "*Huckabee* action") by filing a Complaint on October 17, 2023, in the United States District Court for the Southern District of New York, against Defendants Meta, Bloomberg L.P., Bloomberg Finance, L.P., Microsoft Corporation ("Microsoft"), and The EleutherAI Institute;

**WHEREAS,** on December 28, 2023, the United States District Court for the Southern District of New York granted a stipulation to sever and transfer all claims against Meta and Microsoft to the United States District Court for the Northern District of California, in light of a substantially similar action against Meta already pending in this District, *Kadrey v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC (previously consolidated with *Chabon v. Meta Platforms, Inc.*, No. 3:23-cv-04663, which was filed on September 12, 2023, and consolidated into *Kadrey* on December 7, 2023) (hereinafter, the "*Kadrey* action") (*Kadrey* Dkt. 62);

**WHEREAS**, the operative complaint in the *Kadrey* action is the First Consolidated Amended Complaint ("FCAC"), filed on December 11, 2023 (*Kadrey* Dkt. 64);

**WHEREAS**, Meta filed its answer to the FCAC on January 10, 2024 (*Kadrey* Dkt. 72);

**WHEREAS**, on January 23, 2024, the Court ordered that the *Kadrey* and *Huckabee* actions are related, and both cases are now pending before Judge Chhabria (*Kadrey* Dkt. 86);

**WHEREAS**, on January 30, 2024, the Court granted a stipulation voluntarily dismissing without prejudice all claims against Microsoft (*Huckabee* Dkts. 105, 107);

**WHEREAS,** on January 25, 2024, this Court held a conference, during which, among other things, the Parties discussed with the Court how to proceed with the *Huckabee* action and whether it should be consolidated with the *Kadrey* action. The *Huckabee* Plaintiffs and Plaintiffs in the *Kadrey* action indicated that they were considering consolidation via a dismissal of the *Huckabee* Action and an amendment to have one of the *Huckabee* Plaintiffs added to the *Kadrey* action. The Court confirmed that Meta need not respond to the Complaint in the *Huckabee* action;

**WHEREAS**, on June 18, 2024, *Huckabee* Plaintiffs Mike Huckabee, The Relevate Group, David Kinnaman, Tsh Oxenreider, and John Blase filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), effectuating their dismissal without prejudice (*Huckabee* Dkt. 109);

**WHEREAS,** Plaintiffs Michael Chabon and Ayelet Waldman seek to withdraw from the case and dismiss their claims against Meta with prejudice;

**WHEREAS**, separately, a dispute has arisen among the Parties over whether certain communications, including those included in redacted form in the FCAC, constitute privileged communications, which dispute the Parties are in the process of briefing and submitting to Magistrate Judge Hixson for resolution (the "Privilege Dispute"), *see Kadrey* Dkt. 103. Resolution of the Privilege Dispute, in turn, will likely inform what allegations Plaintiffs include when filing a Second Consolidated Amended Complaint ("SCAC"); and

**WHEREAS**, the Parties have conferred and agreed to deadlines for the filing of the SCAC and Meta's answer to the SCAC following resolution of the Privilege Dispute, as well as to certain

restrictions on the content of these pleadings and certain prohibitions on further motion practice directed thereto.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and among the Parties, subject to the approval of the Court, that:

1. The *Huckabee* action shall be consolidated with the *Kadrey* action.

2. Plaintiff Lysa TerKeurst will be added as a named plaintiff in the *Kadrey* action, and Plaintiffs will be permitted to amend the FCAC by filing and serving a SCAC within five (5) court days following resolution of the Privilege Dispute. The SCAC will add the paragraph specific to Ms. TerKeurst from the *Huckabee* complaint (paragraph 23) and make deletions and conforming edits where necessary but otherwise add no material or substantive allegations. Concurrently with filing the SCAC, Plaintiffs will serve Meta with a true and correct redline showing all differences between the FCAC and SCAC as filed.

3. Meta will file and serve its answer within five (5) court days after Plaintiffs file the SCAC, and concurrently serve on Plaintiffs a redline showing all differences between its answers to the FCAC and the SCAC. The answer to the SCAC will address Plaintiffs' new allegations regarding Ms. TerKeurst in the SCAC and make conforming edits where necessary but otherwise remain substantively unchanged.

4. There will be no motion practice directed to the SCAC or the answer to the SCAC pursuant to Fed. R. Civ. P. 12(b)(6), 12(e) or 12(f).

5. Two Plaintiffs in the *Kadrey* action, Michael Chabon and Ayelet Waldman, hereby voluntarily dismiss their claims against Meta with prejudice. Upon their dismissal with prejudice, all outstanding discovery requests previously served upon Chabon and Waldman by Meta will be deemed withdrawn. All parties will bear their own costs and attorneys' fees as to this stipulation and the dismissal contemplated herein.

6. Nothing in this Stipulation will or is intended to otherwise affect the Parties' respective rights, defenses, or objections.

///

///

1 | IT IS SO STIPULATED.

2 | Dated: June 28, 2024     CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Angela Dunning
Angela L. Dunning (Bar No. 212047)
1841 Page Mill Rd., Suite 250
Palo Alto, CA 94304
Tel. (650) 815-4100
adunning@cgsh.com

COOLEY LLP
Bobby A. Ghajar (Bar No. 198719)
1333 2nd St., Suite 400
Santa Monica, CA 90401
Tel.: (310) 883-6400
bghajar@cooley.com

*Counsel for Defendant Meta Platforms, Inc.*

Dated: June 28, 2024     CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP

By:  /s/ Alexander Sweatman
Alexander J. Sweatman (admitted *pro hac vice*)
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel.: (312) 782-4880
asweatman@caffertyclobes.com

Bryan L. Clobes (admitted *pro hac vice*)
205 N. Monroe Street
Media, PA 19063
Tel.:   (215) 864-2800
bclobes@caffertyclobes.com

JOSEPH SAVERI LAW FIRM, LLP
Joseph R. Saveri (Bar No. 130064)
Cadio Zirpoli (Bar No. 179108)
Christopher K. L. Young (Bar No. 318371)
Holden Benon (Bar No. 325847)
Aaron Cera (Bar No. 351163)
601 California Street, Suite 1505
San Francisco, California 94108
Tel.: (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Tel.: (323) 968-2632
Fax: (415) 395-9940
mb@buttericklaw.com

*Counsel for the Kadrey Plaintiffs*

Dated:  June 28, 2024           DiCELLO LEVITT LLP

By: /s/ David Straite
David A. Straite (admitted *pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

Amy Keller (admitted *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
10 North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
julwick@dicellolevitt.com

Brian O'Mara
4747 Executive Drive, Suite 240
San Diego, California 92121
Tel.: (619) 923-3939
bomara@dicellolevitt.com

*Counsel for Plaintiff Lysa TerKeurst and the Huckabee Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2024

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 28, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP

By:   */s/ Alexander Sweatman*
Alexander Sweatman

For the *Kadrey* Action


DiCELLO LEVITT LLP

By:   */s/ David Straite*
David A. Straite (admitted *pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

For the *Huckabee* Action

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP

By:   */s/ Alexander Sweatman*
Alexander Sweatman

For the *Kadrey* Action


DiCELLO LEVITT LLP

By:   */s/ David Straite*
David A. Straite (admitted *pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

For the *Huckabee* Action