| | |
|---|---|
| 1 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 2 | Angela L. Dunning (212047)<br>adunning@cgsh.com |
| 3 | 1841 Page Mill Road<br>Palo Alto, CA 94304 |
| 4 | Telephone: 650-815-4100<br>Facsimile: 650-815-4199 |

COOLEY LLP
Bobby Ghajar (198719)
bghajar@cooley.com
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Counsel for Defendant Meta Platforms, Inc.*

*[additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE HUCKABEE, RELEVATE GROUP, DAVID KINNAMAN, TSH OXENDREIDER, LYSA TERKEURST, JOHN BLASE;<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>Defendant. | Case No. 3:23-cv-06663-VC<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY DANIEL J. LEE**<br><br><br>Judge: Hon. Vince Chhabria<br>Date Action Filed: December 28, 2023 |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE of this Notice of Withdrawal of Appearance of Daniel J. Lee. Mr. Lee will leave the employ of Cleary Gottlieb Steen & Hamilton LLP on August 2, 2024.  As such, the firm hereby withdraws his appearance in the above-captioned matter as counsel for Defendant Meta Platforms, Inc. ("Meta") and further requests (a) that his name be removed from any applicable service list herein, and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to danielee@cgsh.com in the above-captioned action.

PLEASE TAKE FURTER NOTICE that other attorneys at Cleary Gottlieb Steen & Hamilton LLP (Angela L. Dunning, David H. Herrington, and Ye Eun Chun) and Cooley LLP (Bobby Ghajar) will continue to be counsel of record for Meta Platforms, Inc. and shall continue to receive notices.

Dated: August 2, 2024

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Angela L. Dunning*

Angela L. Dunning
adunning@cgsh.com
Ye Eun Chun
chchun@cgsh.com
1841 Page Mill Road
Palo Alto, CA 94304
Telephone: 650-815-4100
Facsimile: 650-815-4199

David H. Herrington (admitted *pro hac vice*)
dherrington@cgsh.com
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

COOLEY LLP
Bobby Ghajar (198719)
bghajar@cooley.com
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500